IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JESSE KUZMA, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

HEALTH CARE SERVICE CORPORATION,

    Defendant.

No. CIV 22-0217 JB/JFR

Consolidated with
No. CIV 22-0688 JB/JFR

## **FINAL JUDGMENT**

As set forth in this Court's Order dated August 20, 2024 (ECF 56, ¶ 16), this matter, as consolidated, is dismissed with prejudice, resulting in the dismissal with prejudice of both consolidated lawsuits: *Jesse Kuzma v. Health Care Service Corporation*, Civil Action No. 1:22-cv-217-JB-JFR and *Aguilar et al. v. Health Care Service Corporation*, Civil Action No. 1:22-cv-688-JB-JFR. The parties are to bear their respective attorney's fees and costs.

_____
UNITED STATES DISTRICT JUDGE